UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHERYL LYNN BRADFORD-ALLEN,

                    Plaintiff,

                                        Case No. 11-CV-13596
vs.                                 HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
_____/

<u>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(DOC. #32), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(DOC. #30), DENYING DEFENDANT'S SECOND MOTION FOR SUMMARY
JUDGMENT(DOC. #31), AND REMANDING ACTION</u>

       Before the court are the parties' cross-motions for summary judgment, which were referred to the magistrate judge for a report and recommendation.  On July 22, 2013, Magistrate Judge Mona Majzoub issued her report, recommending that the court grant the plaintiff's motion for summary judgment, deny the defendant's motion for summary judgment, and remand the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

       The magistrate judge specifically stated that any objections to her report must be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal.  <u>See</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 155 (1985).  No such objections were filed by either party.

The court has reviewed the magistrate judge's report and recommendation, finds it to be well-reasoned, and hereby adopts the result recommended therein.  Accordingly, plaintiff's motion for summary judgment is hereby **GRANTED**, defendant's motion for summary judgment is **DENIED**, and this cause of action is **REMANDED** to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g).

      **IT IS SO ORDERED**.

Dated:  September 30, 2013

                        s/George Caram Steeh_____
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 30, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---